| | |
|---|---|
| PERRY WASHINGTON, | Case No. 1:19-cv-01069-BAM (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE (ECF No. 3) |
| v. | |
| FRESNO COUNTY SHERIFF, et al., | ORDER TO SUBMIT PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE AND A NOTICE OF CHANGE OF ADDRESS FORM |
| Defendants. | |
| | **THIRTY (30) DAY DEADLINE** |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Plaintiff Perry Washington is a pretrial detainee proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on August 5, 2019, (ECF No. 1), together with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, (ECF No. 3.)

However, Plaintiff's application to proceed *in forma pauperis* is incomplete. Specifically, Plaintiff has failed to sign the application and submit a certified copy of his Fresno County Jail trust account statement for the six-month period immediately preceding the filing of his complaint. Plaintiff must submit a completed and signed application form and a certified copy of his trust account statement if he wishes for his application to proceed *in forma pauperis* to be considered.

Additionally, Plaintiff's application to proceed *in forma pauperis* states that he is currently

1

incarcerated at the Fresno County Jail. However, Plaintiff's current address of record is not the address for the Fresno County Jail. Plaintiff is advised that, pursuant to the Local Rules of the United States District Court for the Eastern District of California, he is required to inform the Court of his current address and any changes of address. L.R. 182(f), 183(b).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis*, (ECF No. 3), is DENIED, without prejudice;

2. The Clerk of the Clerk is directed to serve this order, a blank *in forma pauperis* application for a prisoner, and a blank change of address form on Plaintiff;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a change of address form indicating his current mailing address at the Fresno County Jail and his jail identification number;

4. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, including a certified copy of his jail trust account statement for the past six months, or, in the alternative, pay the $400.00 filing fee for this action;

5. No extension of time will be granted without a showing of good cause; and

6. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated: **August 9, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE