**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PERRY WASHINGTON, | Case No.  1:19-cv-01069-BAM (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE (ECF No. 7) |
| v. | |
| FRESNO COUNTY SHERIFF, et al., | ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE |
| Defendants. | **THIRTY (30) DAY DEADLINE** |

Plaintiff Perry Washington is a pretrial detainee proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's application to proceed *in forma pauperis*, filed on August 20, 2019.  (ECF No. 7.)

However, Plaintiff's application to proceed *in forma pauperis* is incomplete.  Specifically, the certificate portion of the application is not filled-out, dated, and signed by an authorized officer of the Fresno County Jail and there is no certified copy of Plaintiff's Fresno County Jail trust account statement for the six-month period immediately preceding the filing of Plaintiff's complaint attached to the application as the instructions require.  Plaintiff must submit a completed application, including a certified copy of his trust account statement from the Fresno County Jail, if he wishes for his application to proceed *in forma pauperis* to be considered by the Court.

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff's application to proceed *in forma pauperis*, (ECF No. 7), is DENIED, without prejudice;

2.      The Clerk of the Court is directed to serve a blank *in forma pauperis* application for a prisoner on Plaintiff;

3.      Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, including a certified copy of his jail trust account statement for the past six months, or, in the alternative, pay the $400.00 filing fee for this action;

4.      No extension of time will be granted without a showing of good cause; and

5.      <u>**Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**</u>

IT IS SO ORDERED.

Dated:   **August 22, 2019**            /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE