1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   PERRY WASHINGTON,                          Case No.  1:19-cv-01069-LJO-BAM (PC)

12              Plaintiff,                      ORDER GRANTING PLAINTIFF'S
                                                APPLICATION TO PROCEED *IN FORMA*
13        v.                                    *PAUPERIS*

14   FRESNO COUNTY SHERIFF, et al.              (ECF No. 11)

15              Defendants.                     ORDER DIRECTING PAYMENT OF
                                                INMATE FILING FEE BY FRESNO
16                                              COUNTY JAIL

17

18         Plaintiff Perry Washington is a county jail inmate proceeding *pro se* in this civil rights

19   action pursuant to 42 U.S.C. § 1983.

20         Currently before the Court is Plaintiff's application to proceed *in forma pauperis* pursuant

21   to 28 U.S.C. § 1915, filed on August 28, 2019.  (ECF No. 11.)  Plaintiff's application includes a

22   certified jail trust account statement that reflects the activity in Plaintiff's trust account for the last

23   six months.  (Id. at 3.)

24         Since Plaintiff has made the showing required by § 1915, the application to proceed *in*

25   *forma pauperis* will be granted.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for

26   this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the

27   amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust

28   account.  The Fresno County Jail is required to send to the Clerk of the Court payments from

1

Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory

filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's application to proceed *in forma pauperis*, (ECF No. 11), is GRANTED;

**2.  The Sheriff of the Fresno County Jail or her designee shall collect payments from Plaintiff's trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**

3.  The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Sheriff of the Fresno County Jail, via the Court's electronic case filing system (CM/ECF); and

4.   The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated:   **August 30, 2019**                    /s/ *Barbara A. McAuliffe*                _
                                                      UNITED STATES MAGISTRATE JUDGE