UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> FRESNO COUNTY SHERIFF, et al., <br><br> Defendants. | Case No. 1:19-cv-01069-LJO-BAM (PC) <br><br> ORDER STRIKING NON-PARTY'S "MOTION TO COMMUNICATE THROUGH COMMUNITY SUPPORT WHILE AWAITING RESPONSE FROM THE COURT BY MAIL ABOUT DEADLINE EXTENSION REQUEST" <br><br> (ECF No. 16) |

Plaintiff Perry Washington is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 23, 2020, Anthonia M. Washington, a non-party, filed a "motion to communicate through Community Support while awaiting response from the court by mail about deadline extension request." (ECF No. 16.)

However, both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions, and papers be signed by at least one attorney of record or, if the party is unrepresented by counsel, by the party themselves. Fed. R. Civ. P. 11(a); Local Rule 131(b). Here, the "motion to communicate through Community Support" is not signed by an attorney of record or Plaintiff himself. Therefore, the "motion to communicate through Community Support" signed by non-party Anthonia Washington must be stricken from the record.

Additionally, on January 17, 2020, the Court granted in part Plaintiff's motion for an extension of time to file a first amended complaint. (ECF Nos. 14, 15.) Therefore, Plaintiff is required to file either a first amended complaint curing the deficiencies identified in the Court's January 3, 2020 screening order, or a notice of voluntary dismissal on or before **February 24, 2020**.

Accordingly, it is HEREBY ORDERED that the "motion to communicate through Community Support while awaiting response from the court by mail about deadline extension request," (ECF No. 16), is STRICKEN from the record.

IT IS SO ORDERED.

Dated: **January 27, 2020**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE