UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO COUNTY SHERIFF, et al.,<br><br>　　　　　　Defendants. | Case No. 1:19-cv-01069-DAD-SKO (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION AS MOOT**<br><br>(Doc. 27) |

On April 23, 2020, Plaintiff filed a "motion to order true full name … of Fresno County Sheriff Officer." (Doc. 27.)

On June 2, 2020, District Judge Dale A. Drozd adopted the undersigned's findings and recommendations (Doc. 26) and dismissed this action without prejudice. (Doc. 28.) The Court, therefore, denies Plaintiff's motion as moot.

IT IS SO ORDERED.

Dated: __**June 4, 2020**__　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE